IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02147-KAS

ANGEL EHRLICH,
MADELIENE POWERS,
JENNIFER MCDONALD,
HANNAH MILLER,
MYRIAH MONTOYA, and
SHELANDRA BATTLE,

      Plaintiffs,

v.

ROCKY MOUNTAIN CRISIS PARTNERS, formerly d/b/a Metro Crisis Services, Inc.,
BEVERLY MARQUEZ,
YOLANDA HOWE, and
HELEN LITTRELL,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on the parties' **Status Report** [#30], filed pursuant to the Court's Minute Order [#29]. The parties state that they "continue to work to fulfill the terms of their [settlement] agreement, which they anticipate will be completed by December 15, 2024." *Status Report* [#30], ¶ 3. Therefore,

      IT IS HEREBY **ORDERED** that the parties shall file either dismissal papers or a second joint status update on or before **December 17, 2024**.

      Dated: December 9, 2024