IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action 1:24-cv-02147-KAS

ANGEL EHRLICH,
MADELIENE POWERS,
JENNIFER MCDONALD,
HANNAH MILLER,
MYRIAH MONTOYA, and
SHELANDRA BATTLE,

Plaintiffs,

v.

ROCKY MOUNTAIN CRISIS PARTNERS,
f/d/b/a METRO CRISIS SERVICES, INC.,
BEVERLY MARQUEZ,
YOLANDA HOWE and
HELEN LITTRELL,

Defendants.

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiffs Angel Ehrlich, Madeliene Powers, Jennifer McDonald, Hannah Miller, Myriah Montoya, and Shelandra Battle, through their attorneys, Rathold Mohamedbhai LLC and Civil Rights Litigation Group, PLLC, and Defendants Metro Crisis Services, Inc. d/b/a Rocky Mountain Crisis Partners ("RMCP"), Beverly Marquez, and Helen Littrell, through their attorneys, Gordon Rees Scully Mansukhani, LLP, and Defendant Yolanda Howe, through her attorneys, Fisher & Phillips LLP, hereby jointly stipulate to dismiss this action with prejudice pursuant to F.R.C.P. 41(a)(1)(B). All claims in this lawsuit have been resolved.

Dated this 18th day of December 2024.

**RATHOD MOHAMEDBHAI LLC**

*/s/ Iris Halpern*
Iris Halpern
Crist Anthony Smith Whitney
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
ih@rmlawyers.com
cw@rmlawyers.com

**CIVIL RIGHTS LITIGATION GROUP PLLC**

*/s/ Raymond K. Bryant*
Raymond K. Bryant
1543 Champa Street, Suite 400
Denver, CO 80202
(720) 515-6165
Raymond@rightslitigation.com

ATTORNEYS FOR PLAINTIFFS


**GORDON & REES LLP**

 */s/ Anna M. Reinert*
Anna Reinert
Rose Zetzman
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
areinert@gordonrees.com
rzetzman@gordonrees.com

ATTORNEYS FOR DEFENDANTS ROCKY MOUNTAIN CRISIS PARTNERS, BEVERLY MARQUEZ, AND HELEN LITTRELL

**FISHER & PHILLIPS LLP**

 */s/ Micah Dawson*
Micah Dawson
Kimberely A. Dempster
1801 California Street, Suite 2700
Denver, CO 80202
(303) 281-3655

mdawson@fisherphillips.com
kdempster@fisherphillips.com

ATTORNEYS FOR DEFENDANT
YOLANDA HOWE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record on this 18th day of December 2024.

Iris Halpern
Crist Anthony Smith Whitney
Rathod Mohamedbhai LLC
2701 Lawrence Street
Suite 100
Denver, CO 80205

Raymond K. Bryant
Civil Rights Litigation Group, PLLC
1543 Champa Street
Suite 400
Denver, CO 80202

*Attorneys for Plaintiffs*


Micah Dawson
Kimberely A. Dempster
Fisher & Phillips LLP
1801 California Street
Suite 2700
Denver, CO 80202

*Attorneys for Defendant Yolanda Howe*


 */s/ Monica L. Vela*